UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD CARDONA<br><br>Plaintiff,<br><br>v.<br><br>RIEN'S SANDY BEACH, a California Limited Liability Company, as Owner; ROBERT DIXON an individual, as Owner and Managing Agent; and CAROL SHUMATE, an Individual, as Managing Agent,<br><br>Defendants. | 08-5566<br>CASE NO.: CV –5566 –MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; CONTINUING DEFENDANTS' SPECIAL MOTION TO STRIKE; REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR EARLY SETTLEMENT CONFERENCE**<br><br>ORDER THEREON; ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>**Courtroom: 7**<br><br>**Honorable Maxine M. Chesney** |

**IT IS HEREBY STIPULATED** by and between the parties as follows:

1. Plaintiff's Motion for Preliminary Injunction shall be continued until March 27, 2009, so that the parties may explore resolution of the matter without further court action.

2. Defendants' Special Motion to Strike pursuant to California's anti-SLAPP statute shall be continued until March 27, 2009, so that the parties may explore resolution of the matter without further court action.

3. Briefing on the motions will be in accordance with the local rules setting forth the timelines for filing Opposition and Reply memoranda for both motions.

4. Defendants agree that they will not serve any termination notices or otherwise attempt to terminate Plaintiff's tenancy while the parties are exploring early resolution of this matter.

//
//
//
//

1      5.    The parties request a referral to the Honorable Magistrate Judge Chen for purposes of an early settlement conference.

DATED: February 3, 2009

| California Rural Legal Assistance, Inc. | Wykowki & Associates |
|---|---|
| _____/s/_____ | _____/s/_____ |
| By: Dylan Saake, Esq.<br>Counsel for PLAINTIFF | By: Henry Wykowski, Esq.<br>Counsel for DEFENDANTS |

### [PROPOSED] ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Further, the Case Management Conference is CONTINUED from March 20, 2009 to April 24, 2009; a Joint Case Management Statement shall be filed no later than April 17, 2009.

DATED: February 5, 2009          _____
                                                            United States District Judge