UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CV 08-5566

RICHARD CARDONA

      Plaintiff,

v.

RIEN'S SANDY BEACH, a California Limited Liability Company, as Owner; ROBERT DIXON an individual, as Owner and Managing Agent; and CAROL SHUMATE, an Individual, as Managing Agent,

      Defendants.

CASE NO.: ~~CV – 5566~~ –MMC

**STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; CONTINUING DEFENDANTS' SPECIAL MOTION TO STRIKE; REQUEST FOR FURTHER SETTLEMENT CONFERENCE**
AND ORDER THEREON

**Courtroom:   7**

**Honorable Maxine M. Chesney**

**IT IS HEREBY STIPULATED** by and between the parties as follows:

1. Plaintiff's Motion for Preliminary Injunction shall be continued until May 15, 2009, so that the parties may explore resolution of the matter without further court action.

2. Defendants' Special Motion to Strike pursuant to California's anti-SLAPP statute shall be continued until May 15, 2009, so that the parties may explore resolution of the matter without further court action.

3. Briefing on the motions will be in accordance with the local rules setting forth the timelines for filing Opposition and Reply memoranda for both motions.

4. Defendants agree that they will not serve any termination notices or otherwise attempt to terminate Plaintiff's tenancy while the parties are exploring early resolution of this matter.

//
//
//
//

5.  The parties will meet with the Honorable Magistrate Judge Chen for purposes of further settlement conference to be held on March 30, 2009, at 1:30 PM.

DATED: <u>February 23, 2009</u>

California Rural Legal Assistance, Inc.          Wykowki & Associates


_____/s/_____          _____/s/_____
By:  Dylan Saake, Esq.                                    By:  Henry Wykowski, Esq.
Counsel for PLAINTIFF                                   Counsel for DEFENDANTS


### [~~PROPOSED~~] ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: __February 24, 2009__          _____
                                                                United States _District_____ Judge