UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CORDONA, | No. C-08-5566 MMC (EMC) |
| Plaintiff, | |
| v. | **ORDER RE SUPPLEMENTAL MATERIALS** |
| RIEN'S SANDY BEACH, *et al.*, | |
| Defendants. | |
| _____/ | |

The Court is in receipt of the parties' individual letters, submitted on August 13 and August 19, concerning the settlement agreement.

The Court instructs Defendant Robert Dixon to submit to this Court and serve to Plaintiff hard copy versions of: (1) photographs taken during the joint inspection before Plaintiff vacated the premises; and (2) photographs taken on the same day immediately after Plaintiff vacated the premises. Additionally, Mr. Dixon shall provide a declaration under penalty of perjury regarding the authenticity of the photographs submitted to the Court. The photographs and declaration shall be submitted by September 1, 2009.

IT IS SO ORDERED.

Dated: August 20, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge